## SMITH v. FITZWATER. (No. 2631.)

(Court of Civil Appeals of Texas. Texarkana. Nov. 2, 1922.)

Costs ⚮234—County court may assess appellant with appeal costs, while at same time reducing judgment against appellant.

It was not error for county court to assess appellant from justice's court with costs of appeal, though amount of judgment against appellant was at the same time reduced; the court's reason for so doing being sufficient.

Appeal from Fannin County Court; A. P. Bolding, Judge.

Action by W. W. Fitzwater against Erwin Smith. From a judgment of the county court, on appeal from justice court, reducing amount of judgment against defendant, and taxing defendant with costs, he appeals. Affirmed.

Wheeler & Leslie, of Bonham, for appellant.

Rogers & Neilson, of Bonham, for appellee.

HODGES, J. The only question involved in this appeal is one of costs. The appellee sued the appellant in the justice court and recovered a judgment for $100. On appeal by the appellant to the county court the judgment was reduced to $75. Notwithstanding that reduction, the county judge taxed the costs of the appeal against the appellant. The complaint here is that this was error, because the judgment had been reduced. The trial court stated in his judgment his reasons for adjudging the costs in that manner. Those reasons appear to us to be sufficient.

The judgment is affirmed.

